1 | LARA R. SHAPIRO (State Bar No. 227194)
2 | 4145 Via Marina # 324
  | Marina del Rey, CA 90292
  | Telephone: (310) 577-0870
3 | Facsimile: (415) 228-5351

4 | *Of Counsel to*
  | Lemberg & Associates LLC
5 | 1100 Summer Street
  | Stamford, CT 06905
6 | Telephone: (203) 653-2250
  | Facsimile: (203) 653-3424

7 |
  | Attorneys for Plaintiff,
8 | Lynn Tran

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Lynn Tran, | Case No.: C 09-02511-EDL |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT SCHEDULING CONFERENCE |
| vs. | |
| Cory G. Hicks & Associates; and DOES 1-10, inclusive, | Date: September 15, 2009<br>Time: 10:00 A.M. |
| Defendants. | Judge: Hon. Elizabeth D. Laporte |

The Court hereby grants the request of counsel for Plaintiff Lynn Tran to appear at the above-mentioned hearing telephonically.

IT IS SO ORDERED

Date: September 11, 2009

_____
Hon. Judge Elizabeth D. Laporte

Case No. C 09-02511-EDL   1   [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEAREANCE AT SCHEDULING CONFERENCE

CERTIFICATE OF SERVICE

I, Lara Shapiro, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within cause. My business address is 4145 Via Marina # 324, Marina del Rey, CA 90292.

On September 9, 2009, I served the following document(s) on the parties in the within action:

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQEUST FOR TELEPHONIC APPEARANCE AT SCHEDULING CONFERENCE

XX   VIA ELECTRONIC SERVICE: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following:

Steven A. Booska

Law Offices of Steven A. Booska

250 Montgomery Street, # 720

San Francisco, CA 94104

*Attorney for Defendant Cory G. Hicks & Associates*

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on September 9, 2009.

By:   /s/ Lara Shapiro
Lara Shapiro