1  STEVEN A. BOOSKA, SBN 107899
   ATTORNEY AT LAW
2  250 MONTGOMERY STREET, STE 720
   SAN FRANCISCO, CA  94104
3  Tel: (415) 397-4345
   Fax: (415) 982-3440
4
   Attorney for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO/OAKLAND DIVISION

11  LYNN TRAN,                          NO. C09-02511

12          Plaintiff,                  STIPULATION  AND  ORDER  TO
                                        EXTEND    TIME    OF    EARLY
13  v.                                  NEUTRAL EVALUATION

14  CORY G. HICKS & ASSOCIATES; AND DOES
    1-10, INCLUSIVE,
15
            Defendants.
16  _____/

17      Plaintiff  Lynn  Tran  and  Defendant  Cory  G.  Hicks  and

18  Associates,  through  their  respective  counsel,  hereby  file  this

19  stipulation to extend the time for conducting the Early Neutral

20  Evaluation.

21      IT IS HEREBY STIPULATED by and between the parties hereto that

22  the Early Neutral Evaluation is extended to April 16, 2010

23

24  Dated: 12/22/09                     _Lara Shapiro_____
                                        LARA SHAPIRO
25                                      Attorney for Plaintiff

26  Dated: 1/5/2010                     _____
27                                      STEVEN A. BOOSKA
                                        Attorney for Defendant
28

1 | Steven A. Booska, Esq. SBN 107899
Law Office of Steven A. Booska
2 | 250 Montgomery St., Suite 720
San Francisco CA 94104
3 | Tel: (415) 397-4345
Fax: (415) 982-3440
4 |
Attorney for Plaintiff
5 |

6 |

7 |
UNITED STATES DISTRICT COURT
8 |
NORTHERN DISTRICT OF CALIFORNIA
9 |
SAN FRANCISCO/OAKLAND DIVISION
10 |

11 |

LYNN TRAN,                                    NO. C09-02511
12 |
     Plaintiff,                        [PROPOSED] ORDER TO EXTEND TIME
13 |                                     OF EARLY NEUTRAL EVALUATION
v.
14 |
                                       Assigned to: Magistrate Elizabeth
15 | CORY G. HICKS & ASSOCIATES; AND                     D. Laporte
DOES 1-10, INCLUSIVE,
16 |
          Defendants.
17 |
_____/
18 |

19 |
          PURSUANT TO STIPULATION between Plaintiff Lynn Tran and
20 |
Defendant Cory G. Hicks and Associates, through their respective
21 |
counsel, IT IS SO ORDERED that the time for conducting the Early
22 |
Neutral Evaluation session will be extended to April 16, 2010.
23 |

24 |
Dated:  Jan. 11, 2010                      *Elizabeth D. Laporte*
25 |
                                       Honorable Judge of the United
26 |                                     States District Court

27 |

28 |

[PROPOSED] ORDER TO EXTEND TIME OF EARLY NEUTRAL EVALUATION                    1

**PROOF OF SERVICE BY MAIL**
**C.C.P. SEC. 1013a 2015.5**

I declare that I am employed in the county of San Francisco, California.  I am over the age of eighteen years and not a party to the within entitled cause; my business address is:

     250 Montgomery Street, Ste. 720, San Francisco, CA   94104

On 1/7/10, I served the attached:

STIPULATION AND ORDER TO EXTEND TIME OR EARLY NEUTRAL EVALUATION; [PROPOSED] ORDER TO EXTEND TIME OF EARLY NEUTRAL EVALUATION

to all interested parties by mailing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, CA addressed as follows:

LARA R. SHAPIRO
4145 VIA MARINA, #324
MARINA DEL REY, CA 90292

UNITED STATES DISTRICT COURT - NORTHERN DISTRICT
ATTN: ADR UNIT
450 GOLDEN GATE AVENUE, 16TH FLOOR
SAN FRANCISCO, CA 94102

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 1/7/10 at San Francisco, California.

C.LOUIE
Type or Print Name

_____
Signature