```
 1  STEVEN A. BOOSKA, SBN 107899
    ATTORNEY AT LAW
 2  250 MONTGOMERY STREET, STE 720
    SAN FRANCISCO, CA  94104
 3  Tel: (415) 397-4345
    Fax: (415) 982-3440
 4
    Attorney for Plaintiff
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LYNN TRAN, | NO. C09-02511 |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME OF EARLY NEUTRAL EVALUATION |
| v. | |
| CORY G. HICKS & ASSOCIATES; AND DOES 1-10, INCLUSIVE, | |
| Defendants. / | |

Plaintiff Lynn Tran and Defendant Cory G. Hicks and Associates, through their respective counsel, hereby file this stipulation to extend the time for conducting the Early Neutral Evaluation.

IT IS HEREBY STIPULATED by and between the parties hereto that the Early Neutral Evaluation is extended to April 16, 2010

Dated: 12/22/09

_Lara Shapiro_
LARA SHAPIRO
Attorney for Plaintiff

Dated: 1/5/2010

_____
STEVEN A. BOOSKA
Attorney for Defendant

STIPULATION AND ORDER TO EXTEND TIME OF EARLY NEUTRAL EVALUATION       1

Steven A. Booska, Esq. SBN 107899
Law Office of Steven A. Booska
250 Montgomery St., Suite 720
San Francisco CA 94104
Tel: (415) 397-4345
Fax: (415) 982-3440

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LYNN TRAN, | NO. C09-02511 |
| Plaintiff, | [PROPOSED] ORDER TO EXTEND TIME OF EARLY NEUTRAL EVALUATION |
| v. | |
| | Assigned to: Magistrate Elizabeth D. Laporte |
| CORY G. HICKS & ASSOCIATES; AND DOES 1-10, INCLUSIVE, | |
| Defendants. | |

PURSUANT TO STIPULATION between Plaintiff Lynn Tran and Defendant Cory G. Hicks and Associates, through their respective counsel, IT IS SO ORDERED that the time for conducting the Early Neutral Evaluation session will be extended to April 16, 2010.

Dated: Jan. 11, 2010

_Elizabeth D. Laporte_
Honorable Judge of the United States District Court

[PROPOSED] ORDER TO EXTEND TIME OF EARLY NEUTRAL EVALUATION    1

**PROOF OF SERVICE BY MAIL**
**C.C.P. SEC. 1013a 2015.5**

I declare that I am employed in the county of San Francisco, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is:

250 Montgomery Street, Ste. 720, San Francisco, CA 94104

On 1/7/10, I served the attached:

STIPULATION AND ORDER TO EXTEND TIME OR EARLY NEUTRAL EVALUATION; [PROPOSED] ORDER TO EXTEND TIME OF EARLY NEUTRAL EVALUATION

to all interested parties by mailing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, CA addressed as follows:

LARA R. SHAPIRO
4145 VIA MARINA, #324
MARINA DEL REY, CA 90292

UNITED STATES DISTRICT COURT - NORTHERN DISTRICT
ATTN: ADR UNIT
450 GOLDEN GATE AVENUE, 16TH FLOOR
SAN FRANCISCO, CA 94102

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 1/7/10 at San Francisco, California.

C.LOUIE
Type or Print Name

Signature