| | |
|---|---|
| 1 | LARA R. SHAPIRO (State Bar No. 227194) |
| 2 | 4145 Via Marina # 324<br>Marina del Rey, CA 90292 |
| 3 | Telephone: (310) 577-0870<br>Facsimile: (415) 228-5351 |
| 4 | *Of Counsel to* |
| 5 | Lemberg & Associates LLC<br>1100 Summer Street |
| 6 | Stamford, CT  06905<br>Telephone: (203) 653-2250 |
| 7 | Facsimile: (203) 653-3424 |
| 8 | Attorneys for Plaintiff,<br>Lynn Tran |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | | |
|---|---|---|
| Lynn Tran, | | Case No.: C 09-02511-EDL |
| | Plaintiff, | ~~[PROPOSED]~~ ORDER DISMISSING COMPLAINT |
| vs. | | |
| Cory G. Hicks & Associates; and DOES 1-10, inclusive, | | |
| | Defendants. | |

The Court hereby dismisses the case with prejudice pursuant to voluntary dismissal by the Plaintiff.

IT IS SO ORDERED

Date: February 17, 2010

*Elizabeth D. Laporte*
Honorable Elizabeth D. Laporte

---

Case No. C 09-02511-EDL                    1                  [PROPOSED] ORDER DISMISSING COMPLAINT