LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (415) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Lynn Tran

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Lynn Tran,<br><br>Plaintiff,<br><br>vs.<br><br>Cory G. Hicks & Associates; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: C 09-02511-EDL<br><br>[~~PROPOSED~~] ORDER DISMISSING COMPLAINT |

The Court hereby dismisses the case with prejudice pursuant to voluntary dismissal by the Plaintiff.

IT IS SO ORDERED

Date: February 17, 2010

_____
Honorable Elizabeth D. Laporte